USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/03/2022

MEMO ENDORSED



Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jcharo@mizrahikroub.com
www.mizrahikroub.com

March 3, 2022

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Contreras v. Black Onyx World LLC*; 1:21-cv-09102-VEC

Dear Judge Caproni:

      We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 11, 2022, at 10:00 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

      Thank you for your consideration in this matter.

                    Respectfully submitted,

                    */s/ Jarrett S. Charo*
                    JARRETT S. CHARO

cc:    All Counsel of Record (via ECF)

---

The initial pretrial conference, currently scheduled for March 11, 2022 at 10:00 A.M., is adjourned to **Friday, March 18, 2022 at 10:00 A.M.**  Pre-conference submissions are due no later than **Thursday, March 10, 2022**.  For a description of the pre-conference submission requirements, the parties should consult the Court's order at docket entry 7.

The March 18, 2022 conference will be held remotely.  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 9102.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

 SO ORDERED.

*Valerie Caproni* (signature)    Date: March 3, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE